FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 0 1 2015

CHRISTOPHER A. PRINE
CLERK _____

CASE NO. 01-14-00952-CV

IN THE COURT OF APPEALS FOR THE

FIRST SUPREME JUDICIAL DISTRICT

OF TEXAS AT HOUSTON

HERBERT JACKSON

Appellant,

V.

PATRICIA A. JACKSON

Appellee.

On Appeal from Cause No. 14-DCV-217167

328th Judicial District Court

Fort Bend County, Texas

---

MOTION TO EXTEND TIME TO FILE RESPONSIVE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, PATRICIA A. JACKSON, Appellee and request an extension to file the

responsive brief and would respectfully show as follows;

Appellee, Patricia A. Jackson, Pro Se is involved in a pending divorce with the Appellant,

Herbert Jackson in the 328th Judicial District Court in Fort Bend County filed on October 13,

2014. The appeal was filed in this court on November 25, 2014. Tex. FAM. Code 81.009 (a)

states that a protective order rendered against a party in a suit for dissolution of a marriage may

not be appealed until the time the final decree of dissolution of the marriage becomes a final,

appealable order. Therefore, Patricia A. Jackson is asking the court to grant an extension to prepare and file the responsive brief.

**WHEREFORE PREMISES CONSIDERED,** Patricia A. Jackson requests that the court grant her a thirty day extension in this matter in order for her to prepare and file the responsive brief.

**Respectfully submitted,**

Patricia A. Jackson, Pro Se
2015 Hilton Head Dr.
Missouri City, Texas 77459
(281) 437-7718 Telephone Home
(281) 615-0980 Telephone Cell
hepajacks@sbcglobal.net

## CERTIFICATE OF SERVICE

A copy of Motion to Extend Time was delivered to the following party by the means indicated on July 1, 2015

VIA: *Facsimile 713 227-0066 and Regular US Mail*
TO: Attorney Annie P. Briscoe
1217 Prairie St., Suite 207
Houston, Texas 77002
Annie P. Briscoe

Patricia A. Jackson, Pro Se